# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Sharlette McDonald )
)
)
)
**Plaintiff** )
v. )    Case Number: 3:23-CV-65-DWD
IDA B. Cannon )    (Clerk's Office will provide)
)
)
)
*Defendant(s)*

FILED
JAN 11 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.   JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II.   PARTIES**

**Plaintiff:**

A.   Plaintiff, a citizen of __Missouri__ (state), who resides at __1909 Farrell Dr__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant __IDA B. Cannon__ is employed as
(a)    (Name of First Defendant)
__Gateway Regional Hospital / Nurse / Case Manager__
(b)    (Position/Title)

(10/2010)

with **Gateway Regional Hospital**
_____(b)_____(Employer's Name and Address)
**2100 Madison Ave. Granite City IL 62040**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: **She Kidnapped My Mom did Surgeries on her Forged Documents She Also Put her Name on my Kids Birth Certified**

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.  Defendant **Felicia Phillips** is employed as
             (Name of Second Defendant)
**Child Care**
_____(Position/Title)_____
with **Childrens Home + Aid Society**
        (Employer's Name and Address)
**2133 Johnson RD Granite City IL 62040**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain: **She crossed State line Telling lies as if She's my mom Betty McDonald Daughter when I'm the only child**

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


(10/2010)

**Defendant #3:**

D. Defendant **Janesia McDonald** is employed as
(Name of Third Defendant)

**Caregiver / Nurse**
(Position/Title)

with **Gateway Regional Hospital / Granite City Nursing and Rehabilitation 3500 Century Dr**
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain: **She held my mother hostage and lied to Nash Funeral hm like she's the next kin as well. They used hospice as a cover up to where she did have to dial 911**

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
          ☐ Yes ☑ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s): Sharilette McDonald on Behalf of Betty McDonald

            Defendant(s): IDA Cannon, Mary Cannon, JoAnna Richardson, Felicia Phillips, Janesia McDonald

        2.    Case number: 20P0579

        3.    Name of Judge to whom case was assigned: Judge Cannady

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Its still pending. And I dont want the lawyer or the Judge on the Case Because They Let Ruktavia white getaway with making a Live video stating she was going to slap my mom.

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

My rights was violated Because I'm Betty Ann Thompson McDonald only child and she gave me power of Attorney Feb 9th 2020 before her sisters IDA Cannon Mary Cannon, LaKeisha Phillips Kidnapped her. They took my mom a Missouri Resident on Section 8 housing in Missouri to Sterns Nursing + Rehabilitation Nursing Home. Had Felicia Phillips Friend Cisley Robinson doing my mothers paperwork + giving her medication Every where they took my mom I showed them I'm her only child. St. Louis University Diagnosed my mom with a stroke, only 2wks of Physical Therapy. After her 2wks Granites City Nursing held my mom 3/3/2020 locked the Doors saying Covid. They moved my mother about 6 times Injecting her with Heprin using Doctors from Kurtavia White Job at Touchette Regional hospital. Joanna Richardson mother in law (10/20)
works for Touchette Regional Never let me see my mom.

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 250,000 .

Punitive damages in the amount of $ 100,000 .

An ordering requiring defendant(s) to:

A declaration that:

Other:

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ☑ does or ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 1/11/2023
(date)

1909 Farrell Dr
Street Address

St. Louis MO 63133
City, State, Zip

*Sharlette McDonald*
Signature of Plaintiff

Sharilette McDonald
Printed Name

(10/2010)