IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARILETTE E MCDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-65-DWD |
| ) | |
| IDA B CANNON, ET AL, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 7, 2023 (Doc. 8), this action is **DISMISSED** for lack of subject matter jurisdiction and the matter is closed.

**IT IS SO ORDERED.**

**DATED: November 7, 2023**

                                          MONICA A. STUMP, Clerk of Court
                                          *s/ Dana M. Winkeler*
                                          **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**